February 22, 1886. *W. C. Benet*, for appellant. *Orr*, solicitor, contra.

No. 1823. ATKINSON *v.* JACKSON, November Term, 1885. A and B, tenants in common, executed a mortgage upon their land in 1882 to secure a debt, payable in four annual instalments. Afterwards A conveyed his interest in the land to another, and B also conveyed one moiety of his interest, and then died intestate in February, 1883. The widow and six children of B instituted this action for partition in 1885, making parties defendant the administrator of B, who was in possession, the other tenants in common, and the mortgagee. On oral demurrer the Circuit Judge (Aldrich) ruled that the complaint did not state facts sufficient to constitute a cause of action, inasmuch as the action was prematurely brought. *Held*—

That upon the death of B his title'and interest descended *eo instanti* to the plaintiffs, who could therefore demand partition (*Gen. Stat.*, §1829), not of grace, but of common right; that difficulty in effecting partition does not bar the right; that the right exists even where there are outstanding debts or liens upon the property, for the satisfaction of which provision may be made in the decree; and that if prematurely instituted, the proper practice is to suspend the proceedings, but not to dismiss. OPINION by MR. JUSTICE McGOWAN, February 26, 1886. *Moises & Lee*, for appellant. *Haynsworth & Cooper*, contra.

No. 1826. PRICE *v.* WHITE, November Term, 1885. This was an action for foreclosure, and the only issue was as to the payments on the debt. The Circuit Judge (Wallace) heard the testimony, adopted the version of plaintiff, and this court affirmed his judgment. OPINION by MR. JUSTICE McIVER, March 1, 1886. *A. S. Tompkins*, for appellant. *W. T. Gary*, contra.

No. 1827. POPE *v.* MONTGOMERY, November Term, 1885. This was an appeal from a decree of Hudson, J., refusing to set aside certain conveyances alleged to be invalid and to have been fraudulently obtained. The testimony was taken in open court.

1. Findings of fact by the Circuit Judge affirmed, this court saying: "It is incumbent on the appellant to show that the con-

clusions of fact reached by the Circuit Judge are either without any testimony to support them, or are manifestly against the weight of the evidence. * * The utmost that can be said is that there was conflict in the testimony, and in such a case this court rarely, if ever, interferes."

2. An informal paper, purporting to be an assignment of the maker's interest in a tract of land, witnessed by only one witness, but based upon a valuable consideration, is sufficient in equity to transfer such interest, and a proper conveyance could be enforced. OPINION by MR. JUSTICE McIVER, March 1, 1886. *Evans & Evans, F. D. Bryant*, for appellants. *Johnson & Johnson, C. A. Woods*, contra.

No. 1828. HAYNE *v.* IRVINE, November Term, 1885. This was a controversy without action, involving the construction of a will, originally submitted to this court for adjudication. The court held that they had no original jurisdiction of the matter, and ordered the case to be stricken from the docket without prejudice. OPINION by MR. JUSTICE McGOWAN, March 1, 1886.

No. 1832. GARY *v.* BARNWELL, November Term, 1885. In this case the following points were ruled:

1. Findings of fact by the Circuit Judge (Pressley), who overruled the master, sustained.

2. This being a case in chancery, the matter of costs was for the judge as he saw proper to decree on that subject. OPINION by MR. CHIEF JUSTICE SIMPSON, March 6, 1886. *E. B. Gary*, for appellant. *Parker & McGowan*, contra.

No. 1838. LEVY *v.* ZEALY, November Term, 1885. This was a case in chancery, and the appeal alleged only errors of fact. This court affirmed the decree of the Circuit Judge (Witherspoon), saying: "It concerns the welfare of the country that there should be an end of litigation; and where the Circuit Judge concurs with the master on a question of fact, it will not disturb the finding, unless there is no testimony to support it, or it is manifestly against the weight of evidence." OPINION by MR. JUSTICE McGOWAN, March 10, 1886. *John McMaster*, for appellant. *Clark & Muller*, contra.